IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DARRELL NEWCOMER | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   2:10cv138 |
| | § | |
| GENERAL SHELTERS OF TEXAS, LTD | § | JUDGE WARD |
| and CENTER STAFFING SOLUTIONS, | § | |
| INC. and EAST TEXAS STAFFING | § | |
| SOLUTIONS, INC. d/b/a FIRST CHOICE | § | |
| PERSONNEL SERVICES, INC. and | § | |
| CENTER STAFFING SOLUTIONS | § | |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came to be considered the Stipulation for Dismissal signed by all remaining parties to this cause.  In accordance with the Stipulation, the Court believes an Order of Dismissal with Prejudicie is appropriate.  It is therefore

**ORDERED** that this action is in all things dismissed with prejudice.  Costs of Court are assessed against the party incurring the same.

SIGNED this 10th day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE